FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 12 1999
JAMES W. McCORMACK, CLERK
By: [signature] DEPT. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_________________ DIVISION

TONY JEROME CARTER #110793

V. CASE NO. B-C-99-058

MS. JILL MILLER, DR. SHERYL GRASSE, DR. THOMAS HARTMAN, RN LINDA HUNT, RN AMY WYATT, RN BOB LYNN, LN CASS CHERRY, MANAGER MEKKA MORRISON, CHRISTOPHER SPURLOCKS, DEBBIE MACKEY, KENNETH BREWER, AND LISA FOSTER; ALL OF N.C.U. INFIRMARY. LARRY MAY, SARA McQUILLIAMS, JOHN BELKENS, SGT. ELMER BOLIA, MS. MARY EDWARDS, CO-I JERRY IVEY, DON VANSCODER, STEVE LIVELY, SGT. SHANNA WOMACK, SGT. PAUL KILLIHAM, SGT. JOHN GOGGINS, MAJOR ROBERT PERRY, HEATH EVERETT, STEVE BEMIES, HEATH JOHNSON AND WILLIAM ARNOLD; ALL OF N.C.U. SECURITY. LARRY NORRIS, DAVID GUNTHRUPS AND MAX MOBLEY; ALL OF PINE BLUFF'S OVERSEERS AND PARTAKE OF OR TOO.

This case assigned to District Judge Wilson
and to Magistrate Judge Cavaneau

I. **PREVIOUS LAWSUITS**

A. NO

II. **PLACE OF PRESENT CONFINEMENT:** NORTH CENTRAL UNIT (N.C.U.) CALICO ROCK, ARK. 72519

III. **A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?** YES

**B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE STATE GRIEVANCE PROCEDURE?** YES

**C. IF YOUR ANSWER IS YES:**

1. **WHAT STEPS DID YOU TAKE?** PLAINTIFF CONFRONTED EACH MEMBER EITHER BY WRITTEN FORM OR IN PERSON, YET PLAINTIFF HAS ONLY RECEIVED RETALIATIONS FROM HIS TRIES.

2. **WHAT WAS THE RESULTS?** ALL ENTERED TRIES HAVE BEEN DENIED AND FOUND TO BE WITHOUT MERITS. ALSO HAD PHONE CALLS MADE FOR INVESTIGATION OF THE ACCUSERS.



2

IV. A. NAME OF PLAINTIFF: TONY JEROME CARTER
ADDRESS: HC-62 BOX 300
CALICO ROCK, ARK. 72519

B. DEFENDANT: LARRY NORRIS
EMPLOYED AS: PINE BLUFF DIRECTOR OVER SEVERAL INST.
AT: PINE BLUFF, ARK. 71611

C. ADDITIONAL DEFENDANTS: DAVID GUNTHRUPS
EMPLOYED AS: DEPUTY DIRECTOR
AT: PINE BLUFF, ARK. 71611

D. ADDITIONAL DEFENDANTS: MAX MOBLEY
EMPLOYED AS: DEPUTY DIRECTOR, HEALTH AND CORRECTIONAL PROGRAMS
AT: PINE BLUFF, ARK. 71611

E. ADDITIONAL DEFENDANTS: ROBERT CLARK
EMPLOYED AS: DISCIPLINARY HEARING ADMIN.
AT: PINE BLUFF, ARK. 71611

F. ADDITIONAL DEFENDANTS: LARRY MAY
EMPLOYED AS: NOW ASSIST. DEPUTY DIRECTOR - WAS THE WARDEN HERE AT CALICO ROCK
AT: PINE BLUFF, ARK. 71611

**SECURITY**

G. ADDITIONAL DEFENDANTS: MS. SARA McQUILLIAMS
EMPLOYED AS: WARDEN
AT: CALICO ROCK, ARK. 72519

H. ADDITIONAL DEFENDANTS: JOHN BELKENS
EMPLOYED AS: ASSIST. WARDEN
AT: CALICO ROCK, ARK. 72519

I. ADDITIONAL DEFENDANTS: ELMER BOLIA
EMPLOYED AS: SGT.
AT: CALICO ROCK, ARK. 72519

J. ADDITIONAL DEFENDANTS: MS. MARY EDWARDS
EMPLOYED AS: MAILROOM HELPER
AT: CALICO ROCK, ARK. 72519

K. ADDITIONAL DEFENDANTS: JERRY IVEY
EMPLOYED AS: GRIEVANCE OFFICER
AT: CALICO ROCK, ARK. 72519

L. ADDITIONAL DEFENDANTS: DON VANSCODER
EMPLOYED AS: CO-I
AT: CALICO ROCK, ARK. 72519

M. ADDITIONAL DEFENDANTS: STEVE LIVELY
EMPLOYED AS: DISCIPLINARY HEARING OFFICER
AT: CALICO ROCK, ARK. 72519

N. ✓ADDITIONAL DEFENDANTS: SHANNA WOMACK
EMPLOYED AS: SGT.
AT: CALICO ROCK, ARK. 72519

O. ✓ADDITIONAL DEFENDANTS: PAUL KILLIHAM
EMPLOYED AS: SGT.
AT: CALICO ROCK, ARK. 72519

P. ✓ADDITIONAL DEFENDANTS: JOHN GOGGINS
EMPLOYED AS: SGT.
AT: CALICO ROCK, ARK. 72519

Q. ✓ADDITIONAL DEFENDANTS: ROBERT PERRY
EMPLOYED AS: MAJOR
AT: CALICO ROCK, ARK. 72519

R. ✓ADDITIONAL DEFENDANTS: HEATH EVERETT
EMPLOYED AS: CO-I
AT: CALICO ROCK, ARK. 72519

S. ✓ADDITIONAL DEFENDANTS: STEVE BEMIS
EMPLOYED AS: CO-I
AT: CALICO ROCK, ARK. 72519

T. ✓ADDITIONAL DEFENDANTS: HEATH JOHNSON
EMPLOYED AS: CO-I
AT: CALICO ROCK, ARK. 72519

U. ✓ADDITIONAL DEFENDANTS: WILLIAM ARNOLD
EMPLOYED AS: CO-I
AT: CALICO ROCK, ARK. 72519

<u>INFIRMARY</u>

A. ✓ADDITIONAL DEFENDANTS: MS. JILL MILLER
EMPLOYED AS: ASSIST. DOCTOR
AT: CALICO ROCK, ARK. 72519

B. ✓ADDITIONAL DEFENDANTS: SHERYL GRASSE
EMPLOYED AS: DOCTOR
AT: CALICO ROCK, ARK. 72519

C. ✓ADDITIONAL DEFENDANTS: THOMAS HARTMAN
EMPLOYED AS: DOCTOR
AT: CALICO ROCK, ARK. 72519

D. ✓ADDITIONAL DEFENDANTS: LINDA HUNT
EMPLOYED AS: RPN
AT: CALICO ROCK, ARK. 72519

E. ✓ADDITIONAL DEFENDANTS: AMY WYATT
EMPLOYED AS: LN
AT: CALICO ROCK, ARK. 72519

F. ✓ADDITIONAL DEFENDANTS: BOB LYNN
EMPLOYED AS: LN
AT: CALICO ROCK, ARK. 72519

G. ✓ADDITIONAL DEFENDANTS: CASS CHERRY
EMPLOYED AS: ASSIST. MANAGER
AT: CALICO ROCK, ARK. 72519

H. ✓ADDITIONAL DEFENDANTS: MEKKA MORRISON
EMPLOYED AS: MANAGER
AT: CALICO ROCK, ARK. 72519

I. ✓ADDITIONAL DEFENDANTS: DONNA BROWN
EMPLOYED AS: ASSIST MANAGER
AT: CALICO ROCK, ARK. 72519

J. ✓ADDITIONAL DEFENDANTS: CHRISTOPHER SPURLOCKS
EMPLOYED AS: LN
AT: CALICO ROCK, ARK. 72519

K. ✓ADDITIONAL DEFENDANTS: DEBBIE MACKEY
EMPLOYED AS: RECORDS MANAGER
AT: CALICO ROCK, ARK. 72519

L. ✓ADDITIONAL DEFENDANTS: KENNETH BREWER
EMPLOYED AS: LN
AT: CALICO ROCK, ARK. 72519

M. ✓ADDITIONAL DEFENDANTS: LISA FOSTER
EMPLOYED AS: LN
AT: CALICO ROCK, ARK. 72519

V. **STATEMENT OF CLAIM**

PLAINTIFF CONTENDS THAT THE LACK OF MEDICAL CARE HAS CAUSED STOMACH INFECTIONS, MORE IRRITATIONS AND SORES IN THE GROIN AREA, THAT HE SUFFERS FROM SEVERAL OTHER ILLNESSES AND PAINS WITHOUT TREATMENT, DESPITE HIS EFFORT TO GET MEDICAL CARE. PLAINTIFF BRINGS FORTH THIS CIVIL RIGHTS ACTION UNDER 42 U.S.C. 1983 AGAINST ALL DEFENDANTS, THE STATE CORRECTIONS DEPARTMENT MEDICAL DEPUTY DIRECTOR (MOBLEY) AND SEVERAL OTHERS, MEDICAL AND SECURITY PERSONNEL. PLAINTIFF IS STILL UNDERGOING THESE CRUEL AND UNUSUAL PUNISHMENTS IN VIOLATION OF THE EIGHTH AMENDMENT FOR INADEQUATE TREATMENTS OF PLAINTIFF'S PHYSICAL DISABILITIES ASSERTEDLY

**STATE OF CLAIM CONT...**

SUSTAINED WHILE INCARCERATED AT CALICO ROCK, AND VARIOUS OTHER STATE PRISONS HERE IN ARKANSAS. PLAINTIFF CONTINUES TO SUFFER FROM OPEN SORES IN THE GROIN AREA, HEMMORRHOIDS, STOMACH INFECTION TROUBLES, INABILITY TO HOLD ANY FOOD IN PLAINTIFF'S STOMACH, THICK LAYERS OF SKIN COMING FROM PLAINTIFF'S FEET, BACK PAINS AND WEAKNESS IN THE PLAINTIFF'S LEGS, FROM ANY PERIODS OF PROLONGED STANDING. THESE PROBLEMS AND MORE HAS BEEN IGNORED/REJECTED SEVERAL TIMES EITHER BY MS. LINDA HUNT OR BY HER GIVEN ADVICE!

PLAINTIFF ALLEGES SINCE 4/16/98, HE WROTE A GRIEVANCE ON RN LINDA HUNT OF THE INFIRMARY ON A RACIAL DISCRIMINATION MATTER-THAT SHORTLY AFTERWARDS WHEN PLAINTIFF TURNED THIS GRIEVANCE OVER TO SGT. WOMACK-WHO AFTER SIGNING THIS SUCH EMERGENCY GRIEVANCE, TOOK THE GRIEVANCE DIRECTLY TO MS. LINDA HUNT WHOM THEN WROTE THE PLAINTIFF A MAJOR DISCIPLINARY. THE PLAINTIFF THEN WROTE TWO MORE GRIEVANCES-(ONE) UPON SGT. WOMACK FOR HIS MISHANDLING OF THE EMERGENCY GRIEVANCE MATTER AND-(TWO) AGAIN AGAINST MS. HUNT FOR HER RETALIATIONS. PLAINTIFF THEN PUT IN A REQUEST FOR INTERVIEW TO MR. JOHN BELKEN THE ASSIST. WARDEN. PLAINTIFF SPOKE WITH MR. BELKEN 4-18-98 AND AFTER EXPLAINING THE SITUATION-MR. BELKEN STATED THAT SINCE I WAS STILL SEEN BY THE DOCTOR LATER, WHY DID I GO AHEAD AND PUT IN A GRIEVANCE. PLAINTIFF STATED THAT THIS WAS NOT ABOUT SEEING THE DOCTOR BUT BEING DISRESPECTED OPENLY AND ALLOWED TO BE OPENLY DEGRADED. AFTERWARDS I WAS VIOLATED BY THE SGT'S ACTIONS ALSO. MR. BELKEN STATED THAT HE'D PLACE MY DISCIPLINARY UNDER INVESTIGATION AND HE'S SPEAK WITH SGT. WOMACK PERTAINING TO HIS ACTIONS. MR. BELKEN KEPT THE MAJOR DISCIPLINARY UNDER INVESTIGATION FOR SIX DAYS LETTING THE TIME EXPIRE, THINKING

**STATEMENT OF CLAIM CONT...**

THIS SHOULD SATISFY PLAINTIFF. AFTERWARDS, PLAINTIFF BEGUN TO HAVE ALL TYPES OF PROBLEMS GETTING MEDICAL ASSISTANCE OR TREATMENTS. PLAINTIFF SUFFERED UNTIL 7th MONTH WHEN HE WAS ADVISED BY ANOTHER INMATE TO WRITE THE MEDICAL STAFF IN PINE BLUFF ABOUT THE UNDERGOING TREATMENTS HERE. AFTER DOING SO, PLAINTIFF WAS CALLED IN JULY FOR X-RAY'S AND BLOOD SAMPLES! THE X-RAYS SHOWED THAT A BULLET WAS EMBEDDED IN THE PLAINTIFF'S PELVIS AREA. CAUSING BACK, WAISTLINE AND SPINE PROBLEMS. THE BLOOD SAMPLES SHOWED A STOMACH INFECTION. EVEN AT WHICH TIME MS. LINDA HUNT WAS STILL TAKING CONTROL OF AND USING THESE SAME RACIAL AND RETALIATION ACTS AGAINST ME BECAUSE IT WAS HER ADVICE NOT TO CHANGE PLAINTIFF'S MEDICAL STATUS AS SUCH MATTERS WERE DISCUSSED AND CONSIDERED, BY MS. MILLER AND DR. HARTMAN, YET DENIED BY MS. HUNT! EVEN AFTER THEIR OWN X-RAY ACKNOWLEDGEMENTS. PLAINTIFF WAS PLACED ON A DIET, YET PLAINTIFF WAS STILL LEFT IN SUCH A STRENUOUS WORK POSTITION THAT CAUSED PLAINTIFF (WHO WAS CLASS 1) MORE THAN A YEAR OF GOOD TIME AND REDUCTION OF CLASSES, MORE THAN A THOUSAND DAYS LOST GOOD TIME IN REDUCTIONS, PLUS NO "IN OR OUT" GOING MAIL SUPPORT, NO "IN OR OUT" PHONE CALLS, NO GYM OR YARD, NO PARTICIPATION IN ANY ACTIVITIES. PLAINTIFF HAS SUFFERED THE LOSS OF FAMILY COMMUNICATIONS AND ALL TYPES OF CONNECTIONS THEREOF FOR OVER TEN MONTHS. PLAINTIFF HAS BEEN DENIED THE RIGHTS TO REGULAR POPULATION PRIVILEDGES THAT ALL OTHER INMATES RECEIVE DURING A DUE (48 HRS RELEASE BASIS). PLAINTIFF ALLEGES THAT SINCE HE WAS PLACED IN SEGREGATION 11/1/98, THAT HE HAS BEEN DENIED HIS "DIET", PRESCRIBED BY THE DOCTOR UNTIL FEB. 1999. PLAINTIFF ALLEGES THAT ON SEVERAL GRIEVANCES, HE HAS COMPLAINED ON THE CRUELTY AND

**STATEMENT OF CLAIM CONT...**

UNUSUAL PUNISHMENTS. THAT HE'S FORCED TO SLEEP AND LIVE UNDER AND IN THE CONDITIONS OF UNEQUALNESS OF THE CONFINEMENT. PLAINTIFF ALLEGES THAT MR. BELKEN STATED TO HIM DURING A PERIOD OF HIS EARLY STAY IN "THE MAX (HOLE)" AFTER COMPLAINING ABOUT THESE LIVING CONDITIONS, THAT THINGS WILL GET WORSE. AT THIS TIME PLAINTIFF WAS LOCATED IN THE MAX'S CELL #1. ALSO IN THIS CELL WAS INMATE MURRY, PLAINTIFF SUFFERED THERE BY BEING FORCED TO SLEEP ON THE FLOOR AT LEAST (14) HOURS PER DAY. PLAINTIFF REMAINED IN PAIN UPON THE FLOOR WHILE ROACHES, FLIES AND OTHER TYPES OF INSECTS AND FOOD CRUMBS REMAINED INSIDE THE SMALL SQUARE DIRECTLY IN FRONT OF PLAINTIFF'S CELL-WHICH CLOSES PLAINTIFF'S CELL OFF WITH A DOOR LEADING TO THE HALLS! PLAINTIFF WAS SERVED NEARLY EVERY MEAL (SLID UNDER THE BARS BUT UPON THE FLOORS) CAUSING THE BOTTOM OF THE BARS TO STICK TO OR ONTO THE BREAD UPON THE TRAYS OR RAKING OVER THE FOODS! THE PLAINTIFF AND HIS CELLMATE WERE GIVEN ON SEVERAL NIGHTLY OCCASIONS (SOAKING WET) MATRESSES. YET, BY FILLING OUT GRIEVANCES PERTAINING TO THESE HARASSING TREATMENTS AND CONDITIONS, THE PLAINTIFF FARTHER BEGAN TO GET SPRAYED SEVERAL NIGHTS (OF THE WEE HOURS) DURING WHICH TIME PLAINTIFF AND HIS ROOMATE WOULD NORMALLY BE ASLEEP! THE SPRAYING OF THE MIST WOULD COME FROM THE CATWALK VENTS. HEREAFTERWARDS, THE PLAINTIFF WROTE TO THE ASSIST. WARDEN MR. BELKEN, EXPLAINING THAT HE NOW REALIZED THAT THE "TWO STARS" HE'S HAD PLACED OVER PLAINTIFFS NAME MEANT THAT THE PLAINTIFF "COULD NOT" BE RELEASED FROM THE MAX WITHOUT HIS PERSONAL PERMISSION. PLAINTIFF ALSO IN THIS SAID LETTER TRIED TO EXPLAIN THAT HE'S A FATHER OF FIVE WITH VERY BAD HEALTH PROBLEMS, THAT HE'S NOT AFFILIATED WITH ANY TYPE OF GANG

**STATEMENT OF CLAIM CONT...**

ACTIVITIES, THAT WITH HIS SERIOUS MEDICAL PROBLEMS HE ONLY WISHES TO BE ALLOWED A LESS STRENUOUS JOB, SO THAT HE COULD COMPLY AND WORK HIMSELF BACK UP THE RANKS OF CLASSES TO REJOIN HIS FAMILY MEMBERS IN TENNESSEE.

PLAINTIFF REQUESTS THAT THE HONORABLE COURTS WOULD SEARCH THE GRIEVANCES, THE REPLIES AND ALL THE OTHER FORTHCOMING EVIDENCE IN PROVIDING THESE SUCH FACTS: AS FOR THE MISHANDLING OF THE DISCIPLINARY PROCEDURES, REFUSING PLAINTIFF TO WITNESSESS AND USING ONLY 005'S IN EVERY DISCIPLINARY (UNEQUAL BUT IN FAVORITISM AND RACIAL MATTERS) AS ENOUGH PROOF "WHICH IS ALSO SHOWN TO BE WRITTEN BY THE DISCIPLINARY REPORTING OFFICER, SINCE N.C.U. DOESN'T OFFER LEGAL ASSISTANCE NOR ADVISORS, PLAINTIFF FARTHER REQUESTS THE AID OF THE COURTS TO ASSIST ANY OR ALL OTHER PROCEEDINGS THAT THE PLAINTIFF MAY NEED TO SUPPORT FACTS TOWARD PLOTTING, CONSPIRACY, RETALIATIONS, RACIAL ABUSEMENTS, PHYSICAL ASSAULTS, VERBALLY AND MENTALLY WITH A DAILY CONTINUOUS NEGLEGENCE. HOW PLAINTIFF WATCHES THE WARDEN AND ASSISTANT WARDEN NOT ONLY GIVE THEIR PERSONAL CONSENT, BUT WHO HAVE ALSO TAKEN PARTS IN AND TO SUCH ACTIONS OF ABUSIVE TREATMENTS. PLAINTIFF HAS BEEN LABLED AS MONKIES, NIGGERS, LAZY AND OR GOOD FOR NOTHING BY MR. BELKEN. PLAINTIFF SPOKE WITH MR. CRAIG (MENTAL HEALTH) ABOUT TRYING TO GET OUT OF THE MAX, ABOUT TRYING TO GET EQUAL PROTECTION, EQUAL OPPORTUNITY, AND ABOUT NOT GETTING ALL THE PRIVILEDGES NOR ANY OF THE FAVORS-ANDJUST WANTING A LESS STRENUOUS JOB THAT PLAINTIFF MAY OBTAIN HIS CLASSES AND OPPORTUNITIES BACK TO REJOIN HIS FAMILY. MR. BELKEN STATED THAT HEALTH IS NOT HIS CONCERNS BUT GETTING THE WORK ASSIGNMENT FULLFILLED IS, AND THAT'S

**STATEMENT OF CLAIM CONT...**

ALL HE'S CONCERNED WITH! THAT ANY OTHER MATTER WOULD NEED TO BE TAKEN UP WITH THE INFIRMARY. PLAINTIFF ALLEGES THAT AFTER THE GRIEVANCE COMPLAINTS WAS RECEIVED BY MS. LINDA HUNT, PLAINTIFF WAS CALLED TO THE INFIRMARY BY MS. HUNT AND TOLD FROM HER THEN THAT SHE WOULD NOT REPLY IN A WRITTEN FORM, PERTAINING TO PLAINTIFF'S GRIEVANCES. PLAINTIFF ALSO ALLEGES THAT HEREAFTERWARDS ALL THE DISCIPLINARIES AROSE FROM THE LACK AND FAILURE TO ACT ON THE SERIOUS MEDICAL NEEDS CAUSING THE GUARDS OR OFFICERS HERE AT N.C.U. TO NOT ONLY WRITE DAILY "WORKDAY" DISCIPLINARIES, THAT ALSO BRING PHYSICAL FORCE AS MUCH AS TWICE A DAY, PLUS "MINOR" DISCIPLINARIES THAT ALSO RESTRICT PLAINTIFF'S PRIVILEDGES DAILY. SINCE THE FOURTH MONTH OF 1998, PLAINTIF HAS SERIOUSLY SUFFERED MORE SEVERE HEALTH SYMPTOMS. UNDER A.D.C. "AR" -RULES OF DISCIPLINARY PROCEDURES, CORRECTON OFFICIALS ARE REQUIRED TO RECORD WITNESS STATEMENTS. EACH NOTED ON AN OFFICIAL "WITNESS REQUEST FORM", PLAINTIFF HAS REQUESTED THAT THESE INMATES BE CALLED AS WITNESS AT PLAINTIFF'S HEARINGS. "NONE", HOWEVER WAS CALLED AT ANY OF THESE TIMES (INMATES OR EMPLOYEES).

INSTEAD CO-I STEVE LIVELY "THE HEARING OFFICER" DID NOT READ (EVEN AFTER REQUESTING) ANY OF THE SAID TAKEN STATEMENTS REQUESTED ALOUD NOR WAS ANYONE PRESENT AT ANY OF THESE HEARINGS. CO-I LIVELY ONLY READ OUT THE CHARGES, LISTENING TO PLAINTIFF'S PLEA AND FOUND PLAINTIFF GUILTY BY SUPPORTING "005'S" WHICH ARE WRITTEN BY THE SAME INCIDENT-REPORTING WRITERS. THESE SUCH SENTENCES HAVE CAUSED PLAINTIFF CONFINEMENT (MAX), LOSS OF FAMILY COMMUNICATIONS, ABUSIVE TREATMENTS AND ALSO DEPRIVED PLAINTIFF OF ALMOST ALL OF THE PARTICIPATION IN THE NORMAL ROUTINES OF THE INSTITUTION.....

**STATEMENT OF CLAIM CONT...**

THESE ENTIRE HEARINGS, INCLUDING THE TIME IT TOOK CO-I LIVELY TO CONSIDER PLAINTIFF'S VERDICT, LASTED NO LONGER THAN TEN MINUTES EACH. HAVING HAD NO OTHER OFFICERS NOR OFFICIALS TESTIFYING AT ANY OF THESE HEARINGS, NOR ALLOWING ANY INMATES. PLAINTIFF SEEKS ALL GOOD-TIME LOST AS A RESULT OF ALL THESE SAID HEARINGS PERFORMED UNDER THESE SUCH ACTS AND SHOULD BE RESTORED AND THAT THE VERDICT(S) SHOULD BE EXPUNGED FROM PLAINTIFF'S RECORD.

PLAINTIFF CONTENDS THAT THIS VIOLATES HIS CONSTITUTIONAL RIGHTS IN THREE RESPECTS:

FIRST: DEFENDANT(S) VIOLATES THE PLAINTIFF'S DUE PROCESS RIGHTS NOT TO BE CONVICTED IN A DISCIPLINARY HEARING BASED ONLY ON THE UNSWORN WRITTEN REPORT OF A "005 FORM".

SECONDLY: THAT THE ONLY SUPPORT OF "ALL" SAID INCIDENTS ARE KNOWN AS THE 005, SUPPORTED NORMALLY BY THE (ONE AND SAME) INCIDENT REPORTER.

THIRDLY: DEFENDANT(S) VIOLATE PLAINTIFF'S DUE PROCESS RIGHTS BY NOT ALLOWING PLAINTIFF "TO CALL OTHER WITNESSES" AND PRESENT (ALL OR ANY) EVIDENCE IN HIS DEFENSE, WHEN PERMITTING PLAINTIFF TO DO SO WOULD NOT BE UNDULY HAZARDOUS TO INSTITUTIONAL SAFETY OR CORRECTIONAL GOALS.

PLAINTIFF ALLEGES THAT WARDEN LARRY MAY, WARDEN SARA McQUILLIAMS, AND PINE BLUFF DIRECTORS HAVE IMPAIRED THESE RIGHTS. ONLY A CLASSIFICATION HEARING WAS HELD UPON PLAINTIFF FOR A JOB. THERE NEVER HAS BEEN A PHYSICAL NOR FULL COMPLETE EXAMINATION OF THE PLAINTIFF GIVEN HERE AT THE N.C.U., OR CHECK-UP FOR COMMUNICABLE DISEASES SUCH AS VENEREAL, SKIN, OR BODY LICE,

**STATEMENT OF CLAIM CONT...**

INFECTIONS, SORES. IN ORDER TO BE SEEN BY A NURSE, THE PLAINTIFF MUST FIRST PUT A SICK CALL SLIP IN THE BOX, TO BE PICKED UP THE FOLLOWING MORNING. UNLESS IT'S FRIDAY EVENING, THEN YOUR SICKNESS MUST WAIT UNTIL MONDAY! AFTER THE REQUEST IS RECEIVED BY THE INFIRMARY STAFF, PLAINTIFF IS SUMMONED TO THE INFIRMARY. HE IS THEN SEEN BY A NURSE (WHO DECIDES WHETHER OR NOT) TO LET PLAINTIFF SEE A DOCTOR. NONE OF THESE DECISIONS ARE GUIDED BY PROTOCOLS OR BASED UPON A QUALIFIED DIAGNOSIS. THIS SYSTEM ALSO AMOUNTS TO A VERY HIGH STAGE OF "DELIBERATE INDIFFERENCE" TO THE HEALTH OF PLAINTIFF AND MANY OTHERS SERIOUS MEDICAL NEEDS. IN ORDER TO GET TO SEE A DOCTOR, PLAINTIFF MUST PUT IN THREE SEPERATE SICK CALL SLIPS, OR REQUESTS, GOING THROUGH THE NURSES THREE DIFFERENT TIMES. ALL THE SAID DEFENDANT(S) HAVE FULL AND PERSONAL AWARNESS AND HAVE INVADED IN DEPRIVING PLAINTIFF OF HIS DUE PROCESS RIGHTS TO CALL WITNESSES. PLAINTIFF ALSO ALLEGES THAT LARRY MAY, SARA McQUILLIAMS, JOHN BELKEN AND THE PINE BLUFF REPRESENTITIVES HAVE SEVERAL TIMES AFFIRMED THE CONVICTIONS ON APPEAL(S).

PLAINTIFF ALLEGES THAT ON SEVERAL DIFFERENT OCCASIONS (NOT ONLY) HAS PLAINTIFF BEEN LOW RATED BY SGT. ELMER BOLIA (CLASSIFICATION DIVISION), THAT PLAINTIFF HAS ALSO WITNESS SEVERAL OCCASIONS WHERE SGT. BOLIA ENTERED THE INFIRMARY, RECEIVING THE MEDICAL RECORDS, MAKING COPIES! PLAINTIFF ALSO WITNESSED STEVE LIVELY RECEIVING AND MAKING MEDICAL COPIES OF HEALTH RECORDS FROM RN. AMY WYATT, RN MACKEY, RN FOSTER AND RN HUNT. PLAINTIFF HAS ON SEVERAL OCCASIONS BEEN VERBALLY DISRESPECTED UPON VISITS IN THIS INFIRMARY BY 95% OF THE INFIRMARY STAFF. WYATT, FOSTER, HUNT,

**STATEMENT OF CLAIM CONT...**

LYNN, SPURLOCKS, AND RN BREWER BY RACIAL ABUSIVE AND/OR MEDICALLY BEING NEGLECTED. PLAINTIFF HAS BEEN THREATENED VERBALLY, THAT IF HE SHOULD APPEAR INSIDE THE INFIRMARY MORE THAN ONCE A MONTH, THAT HE WOULD RECEIVE DISCIPLINARY ACTIONS. AFTER REQUESTING FROM 3-20-98 THROUGH 7-10-98, FINALLY AN X-RAY AND BLOOD SAMPLE WAS TAKEN THAT PROVED TO SHOW A STOMACH INFECTION AND THE BULLET THAT IS STILL ENLARGED AT THE PLAINTIFF'S SPINE CAUSING DISABILITIES, SHORTNESS OF BREATH, MUSCLE WEAKNESS, HEADACHES, STOMACH CRAMPS, WITH GROIN INFECTION AND LAYERS OF SKIN FALLING FROM THE BOTTOM OF BOTH OF PLAINTIFF'S FEET. YET, EACH TIME IS TO BE SEEN BY ANY OF THE THREE DOCTORS, MS. MILLER, DR. HARTMAN, AND DR. GRASSE, THEY ALLOW THEMSELVES TO BE COHEARSED BY MS. LINDA HUNT. EACH MEMBER HAS BEEN ADVISED NOT TO CHANGE PLAINTIFF'S MEDICAL STATUS NOR REDUCE ANY OF THE STRENUOUS WORKING ACTIVITIES. PERTAINING TO THE TWO RACIALLY WRITTEN MAJOR DISCIPLINARIES FROM SGT. KILLIHAN AND CO-I JOHNSON, PLAINTIFF REQUESTS THAT THE RECORDS AND AFFIDAVIT'S HELP SPEAK IN THESE MATTERS. PLAINTIFF ALSO ALLEGES THAT HEREAFTERWARDS CO-I JOHNSON DURING THE TIME PLAINTIFF WAS IN THE MAX ON 11-16-98, APPROX. 3:30 P.M. PLAINTIFF WITNESS CO-I JOHNSON BRING A SINGLE TRAY TO PLAINTIFF CELL #5 AND SPIT INSIDE THE TRAY. PLAINTIFF MADE NO ARGUMENT, JUST REFUSED DINNER! PLAINTIFF HAS ALSO FILED SEVERAL GRIEVANCES UPON CO-I VANSCODER ON MANY UNRIGHTEOUS REFUSAL TO GIVE PLAINTIFF AND SEVERAL OTHERS WATER (EVEN AFTER YELLING) WHILE BEING LOCKED IN A BULLPEN WITH NO PLACE TO DODGE THE BURNING SUN FOR MORE THAN THREE TO FIVE HOURS AT A TIME. CO-I EVERETT (KNOWN AS 'BIG "E"') RETALIATED AGAINST PLAINTIFF FOR WRITING AND FILING AN AFFIDAVIT UPON SPITTING IN A

STATEMENT OF CLAIM CONT...

SMALL WHITE CUP AND WALKING AROUND THE KITCHEN DURING WHICH TIME SEVERAL INMATES ARE SEATED EATING. CO-I ARNOLD, CO-I JERY IVEY, MAJOR ROBERT PERRY AND SEVERAL OTHER EMPLOYEES HERE HAS RETALIATED AGAINST PLAINTIFF BECAUSE OF THE COMPLAINTS OF THEM BEING ABLE TO WEAR POCKET KNIVES ON THEIR SIDES (REGULARLY, TO THE FACT, THAT THE KNIVES WERE IN IT'S OWN PRIVACY POUCHES). PLAINTIFF HAS BEEN GOING THROUGH THESE ACTS OF BEING DEGRADED OVER A PERIOD OF MORE THAN EIGHT MONTHS DAILY, HAVING TO OPEN HIS LEGS TO APPLY CREAMS INTO HIS GROIN AREA INSIDE A BARRACKS WITH FORTY-FIVE OR MORE OTHER INMATES SITTING, STANDING AND WANDERING AROUND PLAINTIFF AT SUCH TIME, WITH "NO FORM" OF PRIVACY.

ALONG WITH LIVING AND DEALING WITH SO MANY VOICED OPINIONS HEREIN, PLAINTIFF 'S EVERY VISIT TO THE INFIRMARY MUST ALSO ACCEPT AND DEAL WITH STAFF'S RACIAL DISREPECT MAKING STATEMENTS WHILE TRYING TO COMPLY WITH THE DOCTORS ORDERS. PLAINTIFF WAS CALLED DOWN TO REPORT FOR TREATMENT, RN FOSTER PLACED SOME OF THE OINTMENT UPON A SMALL STICK OF WOOD AND SUGGESTED THAT PLAINTIFF TAKE THE OINTMENT TO THE BARRACKS AND HAVE ONE OF THE INMATES RUB IT UPON PLAINTIFF'S BACK! AFTER VIEWING NUMBEROUS (WHITE) INMATES RECEIVING THESE SAME TREATMENTS NIGHTLY, PLAINTIFF MUST ACCEPT RACIAL MADE COMMENTS AND REJECTION AND ACCEPT THE FACT WITHIN HERE "BLACKS WILL NOT BE TREATED EQUAL". PLAINTIFF HAS SUFFERED OVER A HUNDRED OCCASIONS OF THE "BULLPEN" TREATMENTS, OF SITTING IN THIS FENCED-IN AREA WITH ROLLS OF RAZOR BARBED WIRE FROM THE GROUND TO THE VERY TOP OF THE FENCE. FORCED TO SIT IN THE MUD, IN WATER, ON RAINY DAYS, UNDER HEAT OF OVER 100 DEGREES AND FOR HOURS AT A TIME WITHOUT THE AID OF RECIEVING WATER. AND PLAINTIFF STILL SUFFERS

**STATEMENT OF CLAIM CONT...**

FROM ALL OF THE ABOVE AND SAID MEDICAL PROBLEMS WHICH HINDERS PLAINTIFF'S HEALTH ABILITIES TO PROPERLY COMPLY. BUT BECAUSE OF THE RACIAL AND PERSONAL DISLIKES, THE PLAINTIFF HAS BEEN UNDERGOING AND ENDURING MUCH SUFFERING, NUMEROUS ABUSIVE TREATMENTS, VERBALLY AND MENTALLY!

SINCE BEING HERE AT N.C.U., ALL OF PLAINTIFF'S MEDICAL MATTERS HAVE BEEN REVIEWED BY EACH OF THE INFIRMARY DOCTORS, AND EMPLOYEES, EVEN REVIEWED BY PINE BLUFF WITH WHICH ALL TRIES HAVE FAILED TO REMEDY PLAINTIFF'S SUFFERINGS, IN WHICH PLAINTIFF HAS THEREFORE REQUESTED SEVERAL TIMES TO BE TRANSFERRED TO SOMEWHERE THAT THE PROPER HELP AND ASSISTANCE CAN BE GIVEN!

MEANWHILE, AND IN REGARDS TO ALL THESE RACIAL TREATMENTS, TORTURES, AND THE PAINS, CRAMPS FORM FORCIBLE COMPLIANCE, THE PLAINTIFF WAS TRYING TO SUCCEED AND MAINTAIN A STABLE FRAME OF MIND, TO STUDY AND ACHIEVE HIS G.E.D.! THESE EMPLOYEES [DEFENDANT(S)]WITH KNOWLEDGE OF THE SET RULES AND POLICIES OF THE G.E.D. FORMULA, DELIBERATELT CALL PLAINTIFF THE DAY OF TESTING TO MAKE PLAINTIFF STAND OUTSIDE INTO THE HALLWAY OUTSIDE OF THE DISCIPLINARY HEARINGS ROOM, HAVING NOBODY INSIDE THE ROOM. THE HEARING OFFICER WAS IN THE HALLWAY WITH ME. THE SAID DISCIPLINARY WHICH PLAINTIFF WAS CALLED UPON EARLY TO STAND IN THE HALL AND WAIT FOR AT THIS PARTICULAR TIME COULD HAVE BEEN PUT OFF ANOTHER DAY OR TWO WITHOUT ENDANGERING THE DISCIPLINARY TIME-LIMIT PROCEDURE! AND UPON THE FOLLOWING G.E.D. TESTING TIME JOHN BELKEN DELIBERATELY AND KNOWINGLY CREATED CAUSE TO LOCK PLAINTIFF IN THE "MAX" AFTER COMING TO THE CAPTAIN'S OFFICE WHERE PLAINTIFF WAS CALLED TO SIGN TWO MAJOR DISCIPLINARIES FOR NOT BEING ABLE TO

**STATEMENT OF CLAIM CONT...**

COMPLY TO N.C.U. WORK ASSIGNMENT DETAILS WITH DISREGARD TO MY MEDICAL DISABILITIES. THEREFORE, WHEN MR. BELKEN RACIALLY DISRESPECTED PLAINTIFF IN THE FORM OF USING THESE WORDS, "ALL YOU BLACK'S ARE JUST ALIKE". PLAINTIFF WAS PLACED IN THE MAX FOR REPLYING WITHOUT REGRET! MR. BELKEN HEREAFTERWARDS STATED THAT PLAINTIFF'S G.E.D. MAKES HIM NO DIFFERENCE AND IF IT BE IN HIS (DEFENDANT'S) POWER, PLAINTIFF WON'T EVER RECEIVE ONE.

THERE IS AN INCOMING RECORD OF INCOMING TAKEN BY SECURITY UPON ANY INMATE THAT ENTERS THE INFIRMARY. FROM MS. HUNT'S STATEMENT TO CLEAR-UP THE LIES PERTAINING TO PERSON HASSLE, MS. HUNT ENTERED A STATEMENT PERTAINING TO THE MORNING OF 2/8/99 PLAINTIFF REQUESTS LOG CHECKS, PLUS STATEMENT FROM RN KENNETH BREWER, WHOM WITNESS AT THE TIME THE STATEMENTS MADE WAS UNCALLED FOR AND UNPROFESSIONAL. THAT UPON NO TIME HAS PLAINTIFF BEEN BEHIND PRIVACY SCREEN OR TAKEN FORTY-FIVE MINUTES INSIDE OF THE INFIRMARY UNLESS THIRTY FIVE MINUTES ARE TAKEN UP IN THE WAITING ROOM AND THIS ISN'T THE CASE IN THIS SITUATION. PLAINTIFF WAS BEING DEFAULTED FOR RUNNING THE SINKS WATER TO GET SOME WARM WATER, WITH THE INFIRMARY CONCRETE SINK BEING CRACKED, CAUSING WATER TO DROP UPON THE FLOOR WHILE WAITING FOR THE WATER TO WARM UP, WHICH THIS PROCESS SOMETIMES TAKES AS MUCH AS FIVE TO TEN MINUTES TO THE SQUEALING SOUND, WHICH ISN'T PLEASENT TO LISTEN TO WHILE WAITING. IT WAS THESE ACTIONS THAT CAUSE MS. HUNT, WHO WAS SUPPOSED TO HAVE BEEN TENDING TO A BURN ON THE LEG OF ANOTHER INMATE LOCATED NEAR THE SINK, TO MEDDLE INTO PLAINTIFF'S AFFAIRS ON THIS SAID DATE AND TIME.

**STATEMENT OF CLAIM CONT...**

PLAINTIFF HAS ENTERED OVER A HUNDRED COMPLAINTS PERTAINING TO THE PAINS AND SUFFERINGS HE CONTINUALLY ENDURES, WITH CONTINUOUS EXCUSES AND NEGLECTS, AND DISREGARD TOWARD THE PLAINTIFF. THE MEDICAL STAFF HAS TREATED PLAINTIFF UNEQUALLY AND WITH OPEN RACIAL DISRESPECT, WITH NO ADMINISTRATIVE SUPPORT. REGARDLESS. EACH WRITTEN COMPLAINT (GRIEVANCE) IS RETURNED AS IF ITS A MATTER OF PERSONAL NEGLECT THAT CAUSES MY PAINS AND SUFFERING, THEREFORE PLAINTIFF ACCEPTED MS. MILLER PRESCRIBING FOR PLAINTIFF TO ENTER THE INFIRMARY EACH MORNING AND EACH NIGHT TO BE SUPERVISED OR SEEN APPLYING THE CREAM RIGHTFULLY IN GROIN AREA AND UPON FEET. THIS TREATMENT LASTED SEVEN TO TEN DAYS WHILE CONSTANTLY ENDURING RACIAL STATEMENTS, DISRESPECTS AND OTHER WAYS OF TRYING TO LOWRATE PLAINTIFF, UNTIL PLAINTIFF DECIDED THAT HE COULDN'T CONTINUE ACCEPTING THESE TYPES OF TREATMENTS. SO PLAINTIFF SIGNED A REFUSAL (WAIVER) TO DISCONTINUE COMING AROUND THIS VERBAL, UNNECESSARY ACTION.

PLAINTIFF HAS BEEN WITHOUT LAUNDRY BAG AND UNDERCLOTHES AND TOWEL SINCE 2/23/99, WHEN PLAINTIFF TURNED IN LAUNDRY BAG THE USUAL WAY. IT WAS PICKED UP BY THE LAUNDRY WORKERS APPROX. 11:30 PM OF 2/23/99 WITH SEVERAL OTHER INMATES CLOTHING BUT WHEN PLAINTIFF WENT TO RETRIEVE HIS LAUNDRY BAG, THE LAUNDRY WORKERS COULD NOT FIND IT, SO PLAINTIFF WENT TO THE LAUNDRY SUPERVISOR WHOM PLAINTIFF ADVISED THAT ALL HIS UNDERCLOTHES AND TOWEL WAS IN HIS LAUNDRY BAG AND THAT PLAINTIFF IS IN GREAT NEED FOR A TOWEL TO BE ABLE TO TAKE A SHOWER. PLAINTIFF WAS TOLD BY THE LAUNDRY SUPERVISOR CO-I PRESTON AND SGT. MEINZER) THAT IT'S NOTHING HE CAN DO ABOUT IT, PUT IN A REQUEST. AFTER SUBMITTING A REQUEST ON

STATEMENT OF CLAIM CONT...

2/24/99, FILED A GRIEVANCE 2/26/99. STILL PLAINTIFF HAS NOT BEEN GIVEN A LAUNDRY BAG NOR A TOWEL, OR UNDERCLOTHES AFTER THE ENTERING OF AN EMERGENCY GRIEVANCE. FROM 2/23/99 THROUGH 3/09/99. AFTER TALKING WITH SGT. MEINZER ABOUT THIS NEGLECTING ACTION GIVEN FROM CO-I PRESTON, MEINZER CONTACTED PRESTON WHO WAS WORKING THE LAUNDRY ON 3/09/99 EXPLAINING THAT HE (MEINZER) SEARCHED PLAINTIFF'S LOCKER AND THAT HE HAS NO CHANGE OF UNDERCLOTHING WHAT-SO-EVER, OFFICER PRESTON THEN TOLD MEINZER THAT HE WOULD GO AHEAD AND GIVE PLAINTIFF ANOTHER LAUNDRY BAG CONTAING TOWEL, THERMAL UNDERWEAR, UNDERSHORTS, AND SOCKS, BUT FIRST HE MUST FILL OUT A STOLEN PROPERTY REPORT AND BRING IT DOWN TO HIM. PLAINTIFF HAND DELIVERED THIS FORM AT @ 9:00AM. AT @9:25 PLAINTIFF WAS RECALLED TO THE LAUNDRY AND GIVEN A LAUNDRY BAG AND THE ABOVE SAID ITEMS.

PLAINTIFF WAS CALLED BY ASSIGNED BARRACKS OFFICER (HARVELL) TO REPORT TO THE INFIRMARY AT @ 8:15AM. PLAINTIFF ENTERED THE INFIRMARY WAITING AREA APPROX. 8:25AM. PLAINTIFF HAS BEEN HOUSED HERE AT N.C.U. FOR AVER A YEAR NOW, AND THE NORMAL ROUTINE WITH EVERY DOCTOR HAS BEEN TO LET THE SECURITY OFFICER SEND THE INMATES BACK ACCORDING TO HOW THEY'RE RECORDED ENTERING THE WAITING ROOM. APPROX. 8:55AM, MS. MILLER CAME OUT OF THE BACK, SEEING THREE PEOPLE SITTING IN THE WAITING ROOM, THEN REVIEWS THE OFFICER INCOMING LOG AND MAKES A LOUD STATEMENT THAT SHE'LL BE SEEING THREE TO FOUR OTHER INMATES FIRST BEFORE SHE'LL START GOING BY THE LIST! SINCE PLAINTIFF HAS ALREADY BEEN RUNNING A HIGH FEVER AND HAS ALREADY ENDURED THIS HEAVY BLOWING AAIR FOR NEARLY HALF AN HOUR AND ONLY TWO OF THE PEOPLE ARE HERE THAT MS. MILLER HAS ASKED

**STATEMENT OF CLAIM CONT...**

TO SEE FIRST, AND IT'S NO TELLING HOW LONG IT MAY BE BEFORE THE LIST WOULD TAKE IN EFFECT. PLAINTIFF STATED TO THE OFFICER (MORGAN) THAT SINCE MS. MILLER HAS ALREADY MADE HER CHOICES AND PLAINTIFF IS FEELING MIGHTY BAD AND STILL RUNNING A HEAVY FEVER, CAN PLAINTIFF RETURN TO HIS BARRACKS SO THAT HE CAN REST WHILE HE'S WAITING, TO SWEAT SOME MORE OF HIS FEVER OUT? BEFORE OFFICER MORGAN COULD REPLY MS. FOSTER STATED THAT PLAINTIFF CAN'T LEAVE HERE UNLESS PLAINTIFF SIGNS A WAIVER, PLAINTIFF POINTED OUT THE FACT THAT HE'S RUNNING A FEVER, THAT THIS HIGH BLOWING AIR ISN'T HELPING, AND WITH ALL THE PEOPLE MS. MILLER HAS JUST ASKED TO SEE FIRST, WILL TAKE AT LEAST AN HOUR OR MORE. MS. FOSTER STATED IT'S YOUR HEALTH, THEY DON'T CARE IF PLAINTIFF LEAVES OR NOT. THE ONLY WAY PLAINTIFF CAN LEAVE NOW IS TO SIGN A WAIVER, SO PLAINTIFF ASK THEM TO BRING HIM A WAIVER. AFTER PLAINTIFF SIGNED THE WAIVER NOT TO BE SEEN BY MS. MILLER, WHICH ALSO PERTAINS TO AFTERCARE FOLLOW-UPR OF PLAINTIFF'S FEET AND GROIN AREA! SHORTLY AFTER PLAINTIFF LEFT THE INFIRMARY AND ENTERED HIS ASSIGNED BARRACKS TO RETURN TO BED, PLAINTIFF WAS ONCE AGAIN CALLED BY HIS BARRACKS OFFICER (MS. HARVELL) AND TOLD THAT SGT. GOGGINS HAS CALLED HER AND TOLD HER TO TELL PLAINTIFF TO REPORT TO THE SALLYPORT. PLAINTIFF EXPLAINED TO HIS BARRACKS OFFICER THAT PLAINTIFF HAS A TWO DAY LAY-IN. AFTER PLAINTIFF GAVE HIS LAY-IN SLIP TO THE BARRACKS OFFICER, THE OFFICER CALLED THE INFIRMARY TO INQUIRE ABOUT THE LAY-IN TO FIND OUT THAT EARLIER THIS MORNING THAT PLAINTIFF LAY-IN WAS REVOKED, THEREFORE PLAINTIFF MUST FO TO WORK. YET, SGT. GOGGINS KNEW THAT NO SQUADS (FIELD UTILITY #1, 2, AND 3) HAS WENT OUT THIS MORNING BECAUSE OF THE FREEZING-COLD AND SLEETING WEATHER WITH SPRINKLING

STATEMENT OF CLAIM CONT...

RAINS THAT HAS BEEN CONTINUING ALL MORNING.

PLAINTIFF IS ASSIGNED TO FIELD UTILITY #3. MS. MILLER, MS. FOSTER, MR. BASSINGHAM KNOW THAT SEVERAL OTHER INMATES HAVE THE FLU IN THE SAME BARRACKS AT THIS TIME. THOUGH SGT. GOGGINS DIDN'T KNOW ABOUT PLAINTIFF'S HIGH RUNNING FEVER, HE DID KNOW THAT NO SQUADS WENT OUT THIS MORNING, YET HE STILL INSISTED ON ABUSING PLAINTIFF'S RIGHT FOR THE SAKE OF CONSPIRING WITH THE INFIRMARY EMPLOYEES. PLAINTIFF WAS FORCED TO GO OUT TO THE SALLY PORT ON 3/21/99 UNDER FREEZING COLD WEATHER WITH HIGH WINDS!

PLAINTIFF HAS BEEN ENDURING RACIAL ABUSIVE, ASSAULTS, CONSPIRACY, DISCRIMINATING ACTIONS AGAINST HIM AND SEVERAL OTHERS, PLAINTIFF HAS BEEN DENIED PROPER MEDICAL TREATMENTS, REFUSED EQUAL TREATMENT AND MAJORING IN UNNECSSARY ENTRAPMENTS.

PLAINTIFF VISITED DR. HARTMAN 3/31/99 AND DR. HARTMAN MADE A STATEMENT TO PLAINTIFF, "I'VE SEEN YOU SEVERAL TIMES BEFORE THIS. YOU'RE NOT AT HOME WITH YOUR MAMA TO PAMPER YOU, I'LL BE GIVING YOU THIS CREAM ONCE AGAIN AND IN A MONTH IT BETTER BE BETTER." PLAINTIFF RECEIVED THE CREAM ON 4/2/99.

PLEASE BE AWARE THAT SOME EVIDENCE AND/OR EXHIBITS CAN'T BE TRUSTED BY MAIL FROM N.C.U., BECAUSE OF THE MANY MISHANDLINGS OF LEGAL OR REGULAR MAIL OCCUR AT THIS FACILITY.

PLAINTIFF ASKS THE HONORABLE JUDGE TO VIEW THE MANY OUTCRIES OF PLAINTIFF'S CONSTITUTIONAL RIGHTS BEING VIOLATED, THE TIMES SUFFERED WITHIN THE BULLPEN, UNABLE TO RECEIVE WATER OVER PERIODS OF THREE AND FOUR HOURS AT A TIME, SOMETIMES TWICE A DAY, BECAUSE PLAINTIFF REFUSES TO COMPLY WITH STRENUOUS WORK ASSIGNED DETAIL THAT CONSISTED OF HEAVY LIFTING, WALKING, AND/OR STANDING

**STATEMENT OF CLAIM CONT...**

ON UNLEVEL GROUNDS, USING PICKS, HOES, SHOVELS, SWINGBLADES AND RAKES.

CO-I VANSCODER BEING THE SALLYPORT WORKING OFFICER ON SEVERAL OF THESE OCCASIONS (GRIEVANCES WERE APPLIED). SEVERAL GRIEVANCES HAVE BEEN FILED AGAINST N.C.U. INFIRMARY STAFF MEMBERS AND ALL RESPONSES HEREIN AGAINST N.C.U. SECURITY'S UNPROFFESIONAL HANDLING AND DISREGARDS AGAINST PLAINTIFF AND SEVERAL MORE AS A RACE.

HOW GRIEVANCES WERE FILED AGAINST THE INFIRMARY EMPLOYEE AND WERE ANSWERED BY THIS EMPLOYEE ON SEVERAL OCCASIONS. "MS. LINDA HUNT".

PLAINTIFF ALLEGES THAT SEVERAL OF THESE DEFENDANT(S) IMPAIRED THESE RIGHTS.

PLAINTIFF ALLEGES THAT THE EMERGENCY GRIEVANCE ACTS HAS SEVERAL TIMES BEEN DISREGARDED AND MISHANDLED. REPLIES OR RESPONSES RETURNING EIGHT TO TEN DAYS ACCORDING TO RACIAL BASIS.

PLAINTIFF ALSO ALLEGES THAT EVEN "WITH MERIT" RESPONSES RECEIVED, THAT NO AFFORDABLE REMEDIES WERE PRESENTED TO STOP THE MATTERS OR ACTIONS FROM REHAPPENING.

PLAINTIFF FURTHER ALLEGES THAT ON THE 25th DAY OF NOV. 1998, PLAINTIFF ENTERED THE MAX (RETURNING FROM BEING RELEASED 11/19/98) THIS WAS SAID TO HAVE BEEN ORDERED BY MR. BELKEN FROM CO-I OFFICER SIKES. UPON LOCKING PLAINTIFF INTO CELL #7 ON THE 1st DAY OF DEC., CO-I OFFICER JOHNSON SLAMMED PLAINTIFF'S RIGHT HAND THUMB BETWEEN THE DOOR WHILE VERBALLY DISRESPECTING PLAINTIFF BEFORE RELEASING PLAINTIFF OUT OF THE HANDCUFFS. AT WHICH TIME PLAINTIFF WAS IN GREAT PAIN, HIS THUMB LOOKING TO BE DARK BLACK WITH A STREAK OF REDDISH/BLACK-BLOOD SHOWNG UNDERNEATH THE MIDWAY

**STATEMENT OF CLAIM CONT...**

LINING. PLAINTIFF WAS DENIED AT THIS TIME BY CO-I JOHNSON TO BE TAKEN TO THE INFIRMARY FOR PLAINTIFF'S SERIOUS MEDICAL NEED. AFTER MANY DAYS OF SUFFERING, IN PAIN, PLAINTIFF LATER ON DEC. 7th 1998 AFTER BEING RELEASED FROM MAX, THE INFIRMARY EMPLOYEE (RN FOSTER) ADDRESSED'S PLAINTIFF'S THUMB AND GAVE PLAINTIFF A BANDAGE.

HOW MAJOR PERRY TAKES (BLACK) INMATES' MINOR DISCIPLINARIES AND ADDS HIS OWN PERSONAL AND RACIAL ACTIONS WITHIN, PLUS ADDING HIS OWN PERSONAL RULES, DISREGARDING THE SET AR-831 RULES AND REGULATIONS. HOW THE WARDEN COOPERATES AND ACCEPTS SUCH MADE UP RULES CAUSING OTHER WAYS OF ENTRAPMENTS. HOW MAJOR PERRY JUST UP AND STOPS FAMILY PICTURES FROM ENTERING THE INSTITUTION BY VISITS AND/OR BY MAIL WITHOUT WARNINGS NOR THE NECESSARY AID OF A "MEMO". PLAINTIFF'S MEDICAL PROBLEMS CONTINUES TO REVOLVE (LIKE A SOAP OPERA) FROM ONE MONTH TO THE NEXT, DEGRADED AS A CARRIER OF DISEASES, LICE, AND BUGS. MS. MILLER HAS SET APPOINTMENTS TO REMOVE CORNS FROM THE BOTTOM OF PLAINTIFF'S FEET, AFTER SEVERAL SICK CALL SLIPS AND GRIEVANCES, PLAINTIFF HAS BEEN SET SEVERAL TIMES TO HAVE THIS MATTER CARED FOR BUT NEVER RECEIVED TREATMENT.

PLAINTIFF WISHES THE HONORABLE COURTS TO KNOW THAT ALL MAJOR SERIOUS MEDICAL PROBLEMS REMAIN, ALONE WITH STRESSFUL DAILY DEGRADING ACTIONS. THE PLAINTIFF WISHES (ASAP) RELIEF FROM HIS PRESENT LIVING CONDITIONS HERE AT N.C.U. PLAINTIFF HAS WATCHED AND WITNESSED SEVERAL DIFFERENT ACTS ON INMATES (ONCE IN HANDCUFFS) BEING ASSAULTED, BEATEN, KICKED, STOMPED UNNECESSARILY UNTIL THEY'RE DRIVEN INSANE. SOME TRYING TO HANG THEMSELVES WITH SHEETS OR TRYING TO STARVE THEMSELVES. ALL ACTS ARE VERY

**STATEMENT OF CLAIM CONT...**

TRYING TO BE SHIPPED FROM THESE SUCH DAILY RACIAL TORTURES, ENTRAPMENTS FROM EITHER LIVING DISLIKES, OR DAILY RETALIATION ACTIONS OVER, AND OVER. HOW 98% OF THE BLACKS THAT ENTER N.C.U. ARE ASSURED TO SEE CLASS #3, MOSTLY CLASS #4. LOSING ALL THEIR CLASS UPON BEING TRAPPED IN SUCH AN UNEQUAL AND UNFAIRLY GIVEN RESTRICTIONS, REDUCTIONS AND/OR LACK OF CHANCES TOWARD ANY OUTSIDE OPORTUNITIES TO CONNECT OR CONTACT ANY OUTSIDE COMMUNICATIONS.

## EXHIBITS

**OTHER DOCUMENTED PAPERS ARE WITHHELD UNTIL FURTHER NOTICE**

**PLEASE ALLOW GRIEVANCE TOWARD THE UNNAMED OFFICIAL WITH EXHAUSTED REMEDIES SUPPORTING PLAINTIFF'S MOTIONS**

THIS BROWN ENVELOPE CONTAINS FACTS PERTAINING TO "1983 LAWSUIT" FILED, PLEASE ALLOW ONE MORE WEEK BEFORE BROWN ENVELOPE NO.#2 TO BE SENT TO THE COURTS. ALSO IN BEHALF OF THIS SAME LAWSUIT, THAT ALL THIS, PLUS IMPORTANT EVIDENCE, THAT CAN'T BE MAILED, WITHHELD; A LIST OF WHAT IS SENT INSIDE IS HERE:

PAPERWORK PERTAINING TO THE INNER SUFFERING FROM 4/16/98 THROUGH 4/02/99 IN ORDER:

DISCIPLINARIES:

RESPONSES FROM WARDEN AND ROBERT CLARK, MAJOR DISCIPLINARY APPEAL FORM #2.

GRIEVANCES:

RESPONSES:

WARDEN, ASSISTANT WARDEN,, INFIRMARY, AND PINE BLUFF.

COPY OF THE "ENEMY ALERT LIST" AND WHY.

AFTER THE ACKNOWLEDGMENT OF GRIEVANCE DATED 8/5/98, AN INFIRMARY ACKNOWLEDGMENT OF THE BULLET LOCATED OVERLYING THE LEFT PELVIS AREA.

THEN COMES THE SPECIAL DIET REQUESTED 8/24/98 BY DOCTOR GRASSE THAT WAS VIOLATED BY THE KITCHEN EVEN AFTER GIVEN NOTICE INTO THE INFIRMARY DURING MAX (TIME).

15 MSF-207 INFIRMARY REQUIRED LAY-IN FORMS.

**EXHIBIT #2**

SUPPORTING AFFIDAVITS.

**EXHIBIT #3**

THE BROKEN NAIL THAT WAS SMASHED IN THE DOORWAY OF THE MAX SECURITY ISOLATION.

2 WITHHELD MAIL RECEIPTS INSIDE UNMARKED ENVELOPE

67 CUT-SLIPS

**EXHIBIT #4**

SKIN FROM GROIN AREA

**EXHIBIT #5**

SKIN FROM FEET

**VI. RELIEF**

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

**WHEREFORE,** THE PLAINTIFF NOW PRAYS THAT THIS COURT GRANT THIS MOTION UNDER CIVIL RIGHTS ACT 42 U.S.C. 1983, WITH A CUSTODY ORDER PROVIDING PLAINTIFF'S SAFEKEEPINGS FROM ANY FURTHER ACTS OF RETALITORY ACTIONS, THAT AN ORDER IS ENTERED REQUIRING PLAINTIFF'S PRESENCE AT ANY HEARING(S) SET TO THE RELIEF PRAYED FOR IN THIS MOTION, AND GRANT ALL RELIEF TO WHICH PLAINTIFF SHALL BE ENTITLED TO.

PLAINTIFF HUMBLY AND RESPECTFULLY REQUESTS THAT THE HONORABLE JUDGE WOULD AWARD ALL THE FORESAID RELEASE(S):

1) DECLARATORY RELIEF: IN REGARDS TO DAMAGES.

2) PUNITIVE RELIEF: IN REGARDS TO DAMAGES.

3) INJUNCTIVE RELIEF: IN REGARDS TO DAMAGES.

4) MONETARY RELIEF: IN REGARDS TO DAMAGES.

5) MEMTATION(S) RELIEF: IN REGARDS TO MENTAL PAINS AND SUFFERING

I DECLARE UNDER PENALTY OF PERJURY (18 U.C.C. 1621) THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 11th DAY OF April, 1999.

Tony Jerome Carter

TONY/JEROME CARTER #110793
ARKANSAS DEPARTMENT OF CORRECTION
NORTH CENTRAL UNIT
HC-62 BOX 300
CALICO ROCK, ARK. 72519-0300

STATE OF ARKANSAS }
}
COUNTY OF IZARD }

SUBSCRIBED AND SWORN BEFORE ME, A NOTARY PUBLIC, ON THIS 11 DAY OF April, 1999.

August 18, 2008
MY COMMISSION EXPIRES

[signature]
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Court's Case File*